UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOGENEX LABORATORIES, | No. C-12-06313 DMR |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| AXIS DIAGNOSTICS INC, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference previously scheduled for March 18, 2013 has been vacated in light of Plaintiff's Motion for Default Judgment, scheduled to be heard on April 11, 2013.

Immediately upon receipt of this Order, Plaintiff shall serve a copy of this Order on Defendant and file a proof of service with the court.

IT IS SO ORDERED.

Dated: March 8, 2013

DONNA M. RYU
United States Magistrate Judge