Thomas B. Mayhew (State Bar No. 183539)
tmayhew@fbm.com
Benjamin C. Geiger (State Bar No. 245614)
bgeiger@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
AXIS DIAGNOSTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BIOGENIX LABORATORIES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AXIS DIAGNOSTICS, INC.,<br><br>　　　　　Defendant. | Case No.  C-12-6313 DMR<br><br>**[PROPOSED] ORDER**<br><br>Dept:　　Courtroom 4 - 3rd Floor<br>Judge:　Hon. Donna M. Ryu |

[PROPOSED] ORDER /
Case No.  C12 6313 DMR

28812\3629508.1

For good cause shown, the Court hereby (1) vacates the April 18, 2013 hearing set for plaintiff's motion for entry of default judgment, and (2) sets the following briefing schedule for defendant Axis Diagnostic, Inc.'s motion to set aside default:

1. April 16, 2013 – Axis's motion
2. April 30, 2013 – BioGenex's opposition
3. May 7, 2013 – Axis's reply
4. **June 13**, 2013 – Hearing on motion

IT IS SO ORDERED.

Dated: April 12, 2013

_____
The Honorable Donna M. Ryu

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER /
Case No. C12 6313 DMR

- 2 -

28812\3629508.1