Thomas B. Mayhew (State Bar No. 183539)
tmayhew@fbm.com
Benjamin C. Geiger (State Bar No. 245614)
bgeiger@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant
AXIS DIAGNOSTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BIOGENIX LABORATORIES,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>AXIS DIAGNOSTICS, INC.,<br><br>　　　　　　　Defendant. | Case No.  C-12-6313 DMR<br><br>**[PROPOSED]** ORDER<br><br>Dept:　　Courtroom 4 - 3rd Floor<br>Judge:　Hon. Donna M. Ryu |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER /
Case No.  C12 6313 DMR

28812\3629508.1

1   For good cause shown, the Court hereby (1) vacates the April 18, 2013 hearing set for
2   plaintiff's motion for entry of default judgment, and (2) sets the following briefing schedule for
3   defendant Axis Diagnostic, Inc.'s motion to set aside default:
4       1. April 16, 2013 – Axis's motion
5       2. April 30, 2013 – BioGenex's opposition
6       3. May 7, 2013 – Axis's reply
7       4. **June 13**, 2013 – Hearing on motion

9   IT IS SO ORDERED.

13  Dated: April 12, 2013

                The Honorable Donna M. Ryu

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER /
Case No.  C12 6313 DMR

- 2 -

28812\3629508.1