**United States District Court**

For the Northern District of California

1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                        NORTHERN DISTRICT OF CALIFORNIA
8
9   BIOGENEX LABORATORIES,                    No. C-12-06313 DMR
10           Plaintiff(s),                    **ORDER SETTING INITIAL CASE
                                              MANAGEMENT CONFERENCE**
11       v.
12   AXIS DIAGNOSTICS, INC.,
13           Defendant(s).
                                    /
14
15       TO ALL PARTIES AND COUNSEL OF RECORD:
16       The Initial Case Management Conference is set for **June 13, 2013 at 11:00 a.m.**, Courtroom
17   4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Joint Case
18   Management Conference Statement is due no later than **June 6, 2013.**
19       IT IS SO ORDERED.
20
21   Dated:  May 1, 2013
22                                          _____
23                                          DONNA M. RYU
                                            United States Magistrate Judge
24
25
26
27
28