UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOGENEX LABORATORIES, | No. C-12-06313 DMR |
|     Plaintiff(s), | **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE** |
|     v. | |
| AXIS DIAGNOSTICS, INC., | |
|     Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference is set for **June 13, 2013 at 11:00 a.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Joint Case Management Conference Statement is due no later than **June 6, 2013.**

IT IS SO ORDERED.

Dated: May 1, 2013

DONNA M. RYU
United States Magistrate Judge