Thomas B. Mayhew (State Bar No. 183539)
tmayhew@fbm.com
Benjamin C. Geiger (State Bar No. 245614)
bgeiger@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
AXIS DIAGNOSTICS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| BIOGENEX LABORATORIES,<br><br>    Plaintiff,<br><br>vs.<br><br>AXIS DIAGNOSTICS, INC.,<br><br>    Defendant. | Case No. C-12-6313 DMR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO SET ASIDE DEFAULT AND INITIAL CASE MANAGEMENT CONFERENCE** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIP. AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONF. Case No. C12 6313 DMR

28852\3682620.1

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff BioGenex Laboratories ("Plaintiff") and Defendant Axis Diagnostics, Inc. ("Defendant") hereby stipulate and request an order to (1) continue the hearing date for Defendant's Motion to Set Aside Default, currently set for June 13, 2013, to June 27, 2013, and (2) continue the Initial Case Management Conference until six weeks after the Court's ruling on Defendant's Motion to Set Aside Default.

Plaintiff requests the continuance of the hearing date for Defendant's Motion to Set Aside Default to June 27, 2013, because Plaintiff's counsel learned on May 21, 2013, of an irresolvable scheduling conflict on the morning of June 13, 2013. Defendant has no objection to continuing the hearing date on its Motion to Set Aside Default to June 27, 2013.

Further, the parties request a continuance of the Initial Case Management Conference, currently also set for June 13, 2013, to avoid incurring the costs and fees related to the meet and confer process, preparation of initial disclosures, and preparation of a Rule 26(f) Report before the Court has determined whether Defendant's default will be set aside and Defendant will be allowed to appear and litigate in this matter. The parties seek reasonable time to prepare their disclosures and reports after the Court's ruling on Defendant's Motion to Set Aside Default, in the event that Defendant is allowed to appear and litigate its defenses and counterclaims in this action. The parties ask that the Court continue the Initial Case Management Conference to six weeks after the Court's ruling on Defendant's Motion to Set Aside Default.

The parties have not previously requested any time modifications in this case.

Accordingly, the parties respectfully request that (1) the Court continue the hearing date for Defendant's Motion to Set Aside Default to June 27, 2013, and (2) the Court continue the Initial Case Management Conference until the next hearing date available six weeks after the Court's ruling on Defendant's Motion to Set Aside Default. The parties intend and respectfully request that all deadlines triggered by the Initial Case Management Conference—including the deadlines to meet and confer, provide initial disclosures, file an ADR Certification, and provide a Rule 26(f) Report—will be triggered by whatever new date the Court sets for the Initial Case Management Conference.

//

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIP. AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT - 2 -
CONF. Case No. C12 6313 DMR

28852\3682620.1

| | | |
|---|---|---|
| 1 | Dated: May 22, 2013 | FARELLA BRAUN + MARTEL LLP |
| 2 | | |
| 3 | | By:  /s/ Benjamin C. Geiger |
| 4 | | Benjamin C. Geiger |
| 5 | | Attorneys for Defendant<br>AXIS DIAGNOSTICS, INC. |
| 6 | | |
| 7 | Dated: May 22, 2013 | AKAY LAW |
| 8 | | |
| 9 | | By:  /s/ Douglas N. Akay |
| 10 | | Douglas N. Akay |
| 11 | | Attorneys for Plaintiff<br>BIOGENEX LABORATORIES |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  _____May 28, 2013_____

_____
Hon. Donna M. Ryu

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

JOINT STIP. AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONF. Case No. C12 6313 DMR

- 3 -

28852\3682620.1