1   Thomas B. Mayhew (State Bar No. 183539)
    tmayhew@fbm.com
2   Benjamin C. Geiger(State Bar No. 245614)
    bgeiger@fbm.com
3   Farella Braun + Martel LLP
    235 Montgomery Street, 17th Floor
4   San Francisco, CA  94104
    Telephone:  (415) 954-4400
5   Facsimile:  (415) 954-4480

6   Attorneys for Defendant
    AXIS DIAGNOSTICS, INC.
7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

12  BIOGENEX LABORATORIES,                    Case No. C-12-6313 DMR

13              Plaintiff,                    **JOINT STIPULATION AND [~~PROPOSED~~]
                                              ORDER CONTINUING HEARING ON
14       vs.                                  MOTION TO SET ASIDE DEFAULT AND
                                              INITIAL CASE MANAGEMENT
15  AXIS DIAGNOSTICS, INC.,                   CONFERENCE**

16              Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor     JOINT STIP. AND [~~PROPOSED~~] ORDER
San Francisco, CA  94104              CONTINUING INITIAL CASE MANAGEMENT                28852\3682620.1
    (415) 954-4400                    CONF. Case No. C12 6313 DMR

1     Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff BioGenex Laboratories

2  ("Plaintiff") and Defendant Axis Diagnostics, Inc. ("Defendant") hereby stipulate and request an

3  order to (1) continue the hearing date for Defendant's Motion to Set Aside Default, currently set

4  for June 13, 2013, to June 27, 2013, and (2) continue the Initial Case Management Conference

5  until six weeks after the Court's ruling on Defendant's Motion to Set Aside Default.

6     Plaintiff requests the continuance of the hearing date for Defendant's Motion to Set Aside

7  Default to June 27, 2013, because Plaintiff's counsel learned on May 21, 2013, of an irresolvable

8  scheduling conflict on the morning of June 13, 2013.  Defendant has no objection to continuing

9  the hearing date on its Motion to Set Aside Default to June 27, 2013.

10     Further, the parties request a continuance of the Initial Case Management Conference,

11  currently also set for June 13, 2013, to avoid incurring the costs and fees related to the meet and

12  confer process, preparation of initial disclosures, and preparation of a Rule 26(f) Report before

13  the Court has determined whether Defendant's default will be set aside and Defendant will be

14  allowed to appear and litigate in this matter.  The parties seek reasonable time to prepare their

15  disclosures and reports after the Court's ruling on Defendant's Motion to Set Aside Default, in

16  the event that Defendant is allowed to appear and litigate its defenses and counterclaims in this

17  action.  The parties ask that the Court continue the Initial Case Management Conference to six

18  weeks after the Court's ruling on Defendant's Motion to Set Aside Default.

19     The parties have not previously requested any time modifications in this case.

20     Accordingly, the parties respectfully request that (1) the Court continue the hearing date

21  for Defendant's Motion to Set Aside Default to June 27, 2013, and (2) the Court continue the

22  Initial Case Management Conference until the next hearing date available six weeks after the

23  Court's ruling on Defendant's Motion to Set Aside Default.  The parties intend and respectfully

24  request that all deadlines triggered by the Initial Case Management Conference—including the

25  deadlines to meet and confer, provide initial disclosures, file an ADR Certification, and provide a

26  Rule 26(f) Report—will be triggered by whatever new date the Court sets for the Initial Case

27  Management Conference.

28  //

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

JOINT STIP. AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT          - 2 -                    28852\3682620.1
CONF. Case No. C12 6313 DMR

1     Dated: May 22, 2013                              FARELLA BRAUN + MARTEL LLP

2

3                                                      By:_____/s/ Benjamin C. Geiger_____
                                                            Benjamin C. Geiger
4
                                                       Attorneys for Defendant
5                                                      AXIS DIAGNOSTICS, INC.

6

7     Dated: May 22, 2013                              AKAY LAW

8

9                                                      By:_____/s/ Douglas N. Akay_____
                                                            Douglas N. Akay
10
                                                       Attorneys for Plaintiff
11                                                     BIOGENEX LABORATORIES

12

13    PURSUANT TO STIPULATION, IT IS SO ORDERED.

14    DATED: _____May 28, 2013_____

15

16

17    _____
                                                       Hon. Donna M. Ryu
18

19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

JOINT STIP. AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT         - 3 -                          28852\3682620.1
CONF. Case No. C12 6313 DMR