UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOGENEX LABORATORIES, | No. C-12-06313 DMR |
| Plaintiff(s), | **ORDER TAKING DEFENDANT'S MOTION TO SET ASIDE DEFAULT [DOCKET NO. 29] UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |
| v. | |
| AXIS DIAGNOSTICS INC, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has received Defendant's Motion to Set Aside Default [Docket No. 29], and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the June 27, 2013 hearing on the motion is hereby **VACATED**. The court will issue a written order on the motion.

IT IS SO ORDERED.

Dated: June 24, 2013

DONNA M. RYU
United States Magistrate Judge