UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOGENEX LABORATORIES,<br><br>    Plaintiff(s),<br><br>v.<br><br>AXIS DIAGNOSTICS INC,<br><br>    Defendant(s).<br>_____/ | No. C-12-06313 DMR<br><br>**ORDER TAKING DEFENDANT'S MOTION TO SET ASIDE DEFAULT [DOCKET NO. 29] UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    The court has received Defendant's Motion to Set Aside Default [Docket No. 29], and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the June 27, 2013 hearing on the motion is hereby **VACATED**. The court will issue a written order on the motion.

    IT IS SO ORDERED.

Dated: June 24, 2013

                                                  DONNA M. RYU<br>
                                                  United States Magistrate Judge