**United States District Court**
For the Northern District of California

1

2

3

4

5          UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7

8    BIOGENEX LABORATORIES,                    No. C-12-06313 DMR

9              Plaintiff(s),              **ORDER OF DISMISSAL**

10         v.

11   AXIS DIAGNOSTICS INC,

12             Defendant(s).
                                        /
13

14        The court having been advised that the parties have agreed to a settlement of this case,

15        IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice;

16   provided, however, that if any party hereto shall certify to this court, within **30 days**, with proof of

17   service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has

18   not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be

19   restored to the calendar to be set for trial.  All further dates are vacated.

20        IT IS SO ORDERED.

21

22   Dated:  November 20, 2013

23                                        _____
                                          DONNA M. RYU
24                                        United States Magistrate Judge

25

26

27

28